IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORPORATION,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-1936 |
| | : | |
| **RODGER WEIDA,** | : | |
| Defendant | : | |

# **O R D E R**

**AND NOW,** this 11th day of January, 2018, upon consideration of the defendant's motion to dismiss (Document #3), the plaintiff's response thereto (Document #5), the defendant's reply brief (Document #6), the parties' supplemental briefs (Documents #15, 22, 23, 24), and after a hearing on the motion, IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C.J.